IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02088-BNB

QUINTON ROBERTS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 18 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Quinton Roberts initiated this action by filing *pro se* a "Motion to Review of Judgement [sic] or Order" and a complaint. In an order filed on October 5, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Roberts to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Roberts to file the complaint on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Roberts was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On November 6, 2007, Mr. Roberts filed a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a letter to the Court requesting an extension of time. On November 7, 2007, Magistrate Judge Boland entered a minute order granting an additional thirty days to cure the deficiencies. In addition, Magistrate Judge

Boland advised Mr. Roberts that the *in forma pauperis* motion he filed on November 6, 2007, also was deficient and must be cured.

Mr. Roberts has not cured the deficiencies identified by Magistrate Judge Boland within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the "Motion to Review of Judgement [sic] or Order" filed on October 5, 2007, and the motion seeking leave to proceed *in forma pauperis* filed on November 6, 2007, are denied as moot.

DATED at Denver, Colorado, this 18 day of December, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02088-BNB

Quinton Roberts
330 E. Costilla #17
Colorado Springs, CO 80903

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/18/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk